Affirmed and Opinion filed December 31, 2002









Affirmed and Opinion filed
December 31, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00735-CR

 

____________

 

MAURIO LESTER BURNS, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the County Criminal Court at
Law No. 13

Harris County, Texas

Trial Court Cause No. 1122606

 



 

M
E M O R A N D U M   O P I N I O N

After a guilty plea, appellant was
convicted of the misdemeanor offense of theft, and sentenced to fifteen days in
the Harris County Jail on June 28, 2002.

On November 21, 2002, this court
ordered a hearing to determine why appellant=s counsel
had not filed a brief in this appeal.  On
December 13, 2002, the trial court conducted the hearing.  The record of the hearing was filed in this
court on December 16, 2002.








The trial court found appellant no
longer desires to prosecute his appeal. 
On the basis of that finding, this court has considered the appeal
without briefs.   See Tex. R. App.
P. 38.8(b).  We find no fundamental error.




Accordingly, the judgment of the
trial court is affirmed.

 

PER CURIAM

 

Judgment
rendered and Opinion filed December 31, 2002.

Panel
consists of Justices Yates, Anderson, and Frost. 

Do
not publish - Tex. R. App. P. 47.3(b).